JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HICKS, | CV 22-00144 PA (GJSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| PACIFIC OIL COMPANY LLC, and DOES 1-10, | |
| Defendants. | |

     Pursuant to the Court's June 2, 2022 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

     IT IS SO ORDERED.

DATED: June 2, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE