# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA HICKS, an individual, | Case No.: 5:22-cv-00144-PA-GJS |
| Plaintiff, | *Hon. Percy Anderson* |
| v. | |
| PACIFIC OIL COMPANY LLC, a California limited liability company; and Does 1-10, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | Action Filed: January 25, 2022<br>Trial Date: Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Teresa Hicks' action against Defendant Pacific Oil Company LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: July 14, 2022

Percy Anderson
United States District Judge